IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:21CR132 |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| ANDRES RUNNINGSHIELD, | ) | |
| TARIQ THOMAS, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on defendant, Tariq Thomas' unopposed Motion to Continue Trial [20]. Counsel was recently appointed as successor counsel for the Defendant. Counsel has not yet received discovery materials from Defendant's prior counsel and will require additional time to prepare this matter for trial. For good cause shown,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [20] is granted, as follows:

1. The jury trial, **for both defendants**, now set for August 24, 2021, is continued to **September 28, 2021.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and September 28, 2021**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED: August 2, 2021.**

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge