**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:21CR132** |
| | ) | |
| **vs.** | ) | |
| | ) | **ORDER** |
| **ANDRES RUNNINGSHIELD,** | ) | |
| **TARIQ THOMAS,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on defendant, Andres Runningshield's Unopposed Motion to Continue Trial [56] and defendant, Tariq Thomas' Motion to Continue Trial [57]. For the reasons set forth in the motions, the undersigned magistrate judge finds that good cause exists for the requested continuances.  Accordingly,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [56] and the Motion to Continue Trial [57] are granted, as follows:

1. The jury trial, **for both defendants**, now set for January 4, 2022, is continued to **February 22, 2022.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and February 22, 2022**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED: December 16, 2021**

**BY THE COURT:**

**s/ Michael D. Nelson
United States Magistrate Judge**